

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

January 31, 1947

Hon. Chas. A. Tosch
County Auditor
Dallas County
Dallas, Texas

Opinion No. V-67

Re:  Authority of Consta-
ble of Precinct No.
1, Dallas County, to
employ more than five
(5) deputies.

Dear Mr. Tosch:

Your recent request for an opinion is sub-
stantially as follows:

"Can the Constable of Precinct No.
1 of Dallas County, Texas, employ more
than five deputies under present statutes?

"The applicable statutes are Arti-
cles 3902 and 6879a of the Revised Civil
Statutes of the State of Texas. Precinct
No. 1, according to the 1940 Federal Cen-
sus, has within its confines a great por-
tion of the City of Dallas, together with
the separate cities of Highland Park and
University Park. The population of these
cities is as follows:

"City of Dallas within Precinct
   No. 1 . . . . . . . . . . . . . .   216,921
   City of Highland Park . . . .    10,288
   City of University Park . . .    14,458

"The Constable of Precinct No. 1 of
Dallas County has heretofore been allowed
five deputies on the basis of the popula-
tion of the City of Dallas within the pre-
cinct being in excess of 40,000. The
present constable has raised the question
as to whether or not he is entitled to ap-
point four additional deputies, two for
the City of University Park and two for
the City of Highland Park, since these last
two mentioned cities are separate munici-
palities and each has a population of more

than 8,000 and less than 40,000 and are
wholly within the confines of Precinct
No. 1."

We have concluded that the opinion rendered
by the District Attorney of Dallas County, and enclosed
with your request, is correct.

Article 3902, Vernon's Annotated Civil Stat-
utes, provides in part as follows:

"Whenever any district, county or
precinct officer shall require the ser-
vices of deputies, assistants or clerks
in the performance of his duties he shall
apply to the County Commissioners' Court
of his county for authority to appoint
such deputies, assistants or clerks, stat-
ing by sworn application the number need-
ed, the position to be filled and the a-
mount to be paid. Said application shall
be accompanied by a statement showing the
probable receipts from fees, commissions
and compensation to be collected by said
office during the fiscal year and the
probable disbursements which shall in-
clude all salaries and expenses of said
office; and said court shall make its or-
der authorizing the appointment of such
deputies, assistants and clerks and fix
the compensation to be paid them within
the limitations herein prescribed and de-
termine the number to be appointed as in
the discretion of said court may be prop-
er; . . ."

Article 6879a, V.A.C.S., provides in part as
follows:

"Sec. 1. The duly elected Constable
in each Justice Precinct having a city or
town of less than eight thousand (8,000)
population according to the preceding Fed-
eral Census may appoint one (1) Deputy and
no more; and each Justice Precinct having
a city or town of eight thousand (8,000)
and less than forty thousand (40,000) pop-
ulation according to the preceding Federal
Census may appoint two (2) Deputies and no
more; and in each Justice Precinct having

a town or city of forty thousand (40,000) population or more according to the preceding Federal Census may appoint five (5) Deputies and no more, and each and every instance said Deputy Constables shall qualify as required of Deputy Sheriffs."

An examination of the General Laws of Texas reveals that Article 6879a is an amendment to Article 3902, having been enacted May 27, 1931, by the 42nd Legislature, Chapter 280, Page 503, said amendment not affecting the provisions of Article 3902 except to provide for the number of deputies that may be appointed (State vs. Johnson, 52 S. W. 2d 110.)

In construing Article 6879a it is not believed that the Act evidences any legislative intent that the provisions of such Act be cumulative, but on the contrary, it seems that the appointment of deputies for constables is governed solely by the population of the largest town or city within such precinct.

In view of the foregoing authorities, it is the opinion of this Department that the constable of Precinct No. 1, Dallas County, Texas, is authorized to appoint five deputies, and no more, provided such appointments are in conformity with the provisions of Article 3902 and Article 6879a, Vernon's Annotated Civil Statutes of Texas. Therefore, your question should be answered in the negative.

### SUMMARY

The Constable of Precinct No. 1, Dallas County, Texas, may appoint five (5) deputy constables and no more, pursuant to the provisions of Article 3902 and Article 6879a of Vernon's Annotated Civil Statutes.

Yours very truly

ATTORNEY GENERAL OF TEXAS

BW:djm:wb

APPROVED JAN 31, 1947

Price Daniel
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY F. D. CHAIRMAN

By Burnell Waldrep
Burnell Waldrep
Assistant